INDUSTRIAL BANK OF COMMERCE, Respondent, *v.* CHESTER SHAPIRO, Appellant.

Submitted April 3, 1950; decided April 6, 1950.

*John J. Dwyer* for motion.
*Morris M. Oppenheim* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless appellant, within ten days, serves and files an undertaking on appeal and pays $10 costs, in which events motion denied.